**Dismissed and Memorandum Opinion filed October 27, 2016.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-15-01085-CV

---

## BENNETT BRYANT, AKA BENNETT BERNARD BRYANT, Appellant

## V.

## HARRIS COUNTY, Appellee

---

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2013-09420**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 19, 2015. The clerk's record was filed March 30, 2016. No reporter's record was taken.

Appellant's brief was due on September 6, 2016. On September 20, 2016, this court issued an order stating that unless appellant submitted a brief on or before October 6, 2016, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief has been filed.

Accordingly, the appeal is **DISMISSED**.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and Christopher.